IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: § § | |
| Amanda Henton § § | **CASE NO.** 21-00710 **Hon.** John T Gregg |
| **Debtor(s)** § | |

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury that he or she has on the date shown below, by certified U.S. mail addressed to their respective address of record in this case, served a true copy of the Section 341 notice and Original Chapter 13 Plan on all parties in interest listed below.

Dated: March 25, 2021            /s/Keaton Kolbe
                                 Jeffrey D. Mapes, Attorney for Debtor
                                 George J. George, Associate Attorney
                                 29 Pearl St. NW, Ste. 305
                                 Grand Rapids, MI 49503
                                 Phone: (616) 719-3847
                                 Fax: (616) 719-3857

Kalsee Credit Union
c/o Matt Lahman, CEO
2501 Millcork St
Kalamazoo, MI 49001