IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **IN RE:** § | |
| § | |
| Amanda Henton § | **CASE NO.** 21-00710 |
| § | **Hon.** John T Gregg |
| **Debtor(s)** § | |

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury that he or she has on the date shown below, by first class U.S. mail addressed to their respective address of record in this case, served a true copy of the Section 341 notice and Original Chapter 13 Plan on all parties in interest listed below.

Dated: <u>March 25, 2021</u>        /s/Keaton Kolbe
                                                        Jeffrey D. Mapes, Attorney for Debtor
                                                        George J. George, Associate Attorney
                                                        29 Pearl St. NW, Ste. 305
                                                        Grand Rapids, MI 49503
                                                        Phone: (616) 719-3847
                                                        Fax: (616) 719-3857

Aaron's Inc.
c/o Douglas A. Lindsay, CEO
400 Galleria Parkway SE
Ste 300
Atlanta, GA 30339